# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED _____ ENTERED
LOGGED _____ RECEIVED

APR 15 2021

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

In the Matter of the Seizure of )
*(Briefly describe the property to be seized)* )
A 2018 Tesla Model 3, Vehicle Identification Number ) Case No. GLS-21-0699
5YJ3E1EBXJF1062229 )
)

## APPLICATION FOR A WARRANT
## TO SEIZE PROPERTY SUBJECT TO FORFEITURE

I, a federal law enforcement officer or attorney for the government, request a seizure warrant and state under penalty of perjury that I have reason to believe that the following property in the _____ District of _____ Maryland _____ is subject to forfeiture to the United States of America under __18__ U.S.C. § 981(a)(1)(c) *(describe the property)*:

Property is subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(c), 982(a)(2)(A), 984, and 28 U.S.C. § 2461(c).

A 2018 Tesla Model 3, Vehicle Identification Number 5YJ3E1EBXJF1062229. See Attachment A-4.

The application is based on these facts:

See Affidavit

☑ Continued on the attached sheet.

*Matthew Riemenschneider* 3/25/21
Applicant's signature

Matthew Riemenschneider, Special Agent, FBI
Printed name and title

Sworn to before me over the telephone
and signed by me pursuant to Fed. R.
Crim. P. 4.1 and 41(d)(3).

Date: March 29, 2021

Judge's signature

City and state: Greenbelt, MD

Honorable Gina L. Simms, U.S. Magistrate Judge
Printed name and title